UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 27, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID BYRD,

    Defendant.

Case No. 2:24-cr-00012-TLN-5

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID BYRD, Case No. 2:24-cr-00012-TLN-5, Charge 21 U.S.C. § 846, 841(a)(1) from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

    _x_ Unsecured Appearance Bond $ 100,000.00 cosigned by defendant's father, David Byrd, Jr.

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _x_ (Other): Released forthwith with terms as stated on the record. The defendant shall directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 9/30/2024.

Issued at Sacramento, California on September 27, 2024, at 2:50 PM

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE