Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BYRD,<br><br>Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   A status conference in this case was previously set for October 24, 2024.

2.   By this stipulation, the parties now move to continue the status conference until October 31, 2024, and to exclude time between October 24, 2024, and October 31, 2024, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a.   The government has produced discovery in this matter, including over 1,143 pages of documents. Counsel for defendant was appointed on June 5, 2024 and requires additional time to review discovery, conduct investigation and legal research, and consult with the client.

   b.   Counsel for defendant believes that failure to grant the above-requested

continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c.        The government does not object to the continuance.

        d.        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2024, through October 31, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

DATED: October 21, 2024                /s/ Timothy E. Warriner, Attorney for defendant, David Byrd

DATED: October 21, 2024                /s/ Cameron L. Desmond, Assistant United States Attorney, for the government

## ORDER

The court hereby continues the status conference to October 31, 2024, at 9:30 a.m., and excludes time to that date pursuant to Local Code T4.

DATED: October 21, 2024

_____
Troy L. Nunley
Chief United States District Judge