Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BYRD,<br><br>Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |

This matter is presently on the court's January 23, 2025, calendar for status of judgment and sentencing. To allow time for defense counsel to obtain information concerning the client's recent medical treatment, it is jointly requested and stipulated that the date for status of judgment and sentencing be continued to March 13, 2025, at 9:30 a.m..

DATED: January 21, 2025         /s/ Timothy E. Warriner, Attorney for defendant,
                                David Byrd


DATED: January 21, 2025         /s/ Cameron L. Desmond, Assistant United States
                                Attorney, for the government

## ORDER

The court hereby continues the status of judgment and sentencing hearing to March 13, 2025, at 9:30 a.m.. The January 23, 2025, hearing date is hereby vacated.

DATED: January 21, 2025

_____
Troy L. Nunley
Chief United States District Judge