Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID BYRD,<br><br>　　　　　Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |

This matter is presently on the court's May 1, 2025, calendar for status of judgment and sentencing. To allow time for defense counsel to obtain information concerning the client's ongoing medical treatment, it is jointly requested and stipulated that the date for status of judgment and sentencing be continued to July 31, 2025, at 9:30 a.m.

DATED: April 25, 2025　　　　　　　　/s/ Timothy E. Warriner, Attorney for defendant, David Byrd

DATED: April 25, 2025　　　　　　　　/s/ Emily Sauvageau, Assistant United States Attorney, for the government

**ORDER**

The court hereby continues the Status of Judgment and Sentencing hearing to **July 31, 2025, at 9:30 a.m**. The May 1, 2025, hearing date is hereby vacated.

DATED: April 25, 2025

_____
Troy L. Nunley
Chief United States District Judge