KIMBERLY A. SANCHEZ
Acting United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BYRD,<br><br>Defendant. | CASE NO. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE<br><br>DATE: July 31, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on July 31, 2025. (ECF No. 222).

2. By this stipulation, the parties now move to continue this matter for a status of sentencing on September 18, 2025.

3. The reason for this request is to allow defense counsel additional time to investigate and evaluate issues relevant to mitigation and sentencing.

///

///

///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 28, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney<br><br>/s/ HADDY ABOUZEID<br>HADDY ABOUZEID<br>Assistant United States Attorney |
| Dated: July 28, 2025 | /s/ TIMOTHY E. WARRINER<br>TIMOTHY E. WARRINER<br>Counsel for Defendant<br>DAVID BYRD |

## ORDER

The Court hereby continues the **Status of Judgment and Sentencing** hearing to September 18, 2025, at 9:30 a.m. The July 31, 2025, hearing date is hereby vacated.

DATED: July 29, 2025

_____
Troy L. Nunley
Chief United States District Judge