Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID BYRD,<br><br>　　　　Defendant. | Case No. 2:24-CR-00012-TLN-5<br><br>STIPULATION AND ORDER STRIKING SPECIAL CONDITION OF RELEASE 11 (DRUG TESTING) |

   The government, represented by Haddy Abouzeid, and the defendant, represented by Timothy E. Warriner, hereby stipulate that special condition of release 11, which requires Mr. Byrd to submit to drug and/or alcohol testing as approved by the pretrial services officer, and pay for all or part of the cost of testing, be stricken. This request is being made due to Mr. Byrd's kidney impairment and extensive medical care. The United States Pretrial Officer assigned to Mr. Byrd's case is in agreement with this change to the special conditions of release.

DATED: July 28, 2025　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　defendant, David Byrd


DATED: July 28, 2025　　　　　　　　　/s/ Haddy Abouzeid, Assistant United States
　　　　　　　　　　　　　　　　　　　　Attorney, for the government

## ORDER

Pursuant to the stipulation of the parties, the court strikes special condition of release 11. All other special conditions of release are to remain in effect.

Dated: July 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE