Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID BYRD,<br><br>　　　　Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on September 18, 2025. (ECF No. 237).

2. By this stipulation, the parties now move to continue this matter to November 6, 2025, for a status of sentencing hearing.

3. The reason for this request is to allow defense counsel additional time to investigate and evaluate issues relevant to mitigation and sentencing.

　　IT IS SO STIPULATED.

DATED: September 15, 2025　　　　　　/s/ Timothy E. Warriner, Attorney for defendant, David Byrd

1

DATED: September 15, 2025          /s/ Haddy Abouzeid, Assistant United States Attorney, for the government

<u>ORDER</u>

The court hereby continues the status of judgment and sentencing hearing to November 6, 2025, at 9:30 a.m.. The September 18, 2025, hearing date is hereby vacated.

DATED: September 15, 2025

_____
Troy L. Nunley
Chief United States District Judge