ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BYRD,<br><br>Defendant. | CASE NO. 2:24-CR-00012-TLN<br><br>STIPULATION TO SET JUDGMENT AND SENTENCING; FINDINGS AND ORDER<br><br>DATE: November 6, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on November 6, 2025.

2. By this stipulation, the parties now move to vacate the status and set this matter for sentencing on March 19, 2026, at 9:30 a.m. The parties also request that the Court adopt the following PSR schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | March 19, 2025 |
| Reply, or Statement of Non-Opposition: | March 12, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 05, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 26, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 19, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | February 05, 2025 |

IT IS SO STIPULATED.

Dated: November 3, 2025

ERIC GRANT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: November 3, 2025

/s/ Timothy Warriner
Timothy Warriner
Counsel for Defendant
DAVID BYRD

## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of November, 2025.

_____
Troy L. Nunley
Chief United States District Judge