Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:24-CR-00012-TLN |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |
| vs. ) | |
| DAVID BYRD, ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record hereby stipulate as follows:

By previous order, this matter was set for sentencing on March 19, 2026. The draft PSR was filed on February 12, 2026. To afford defense counsel additional time to evaluate the draft PSR and review it with the client, it is requested that the sentencing hearing be continued to June 4, 2026, at 9:30 a.m.

It is further requested that the court adopt the following schedule concerning the presentence report:

Judgment and Sentencing Date:                                    June 4, 2026

Reply, or Statement of Non-Opposition:                      May 28, 2026

Formal Objections to the Presentence Report shall be
Filed by:                                                                          May 21, 2026

Final PSR due by:                                                          May 14, 2026

Counsel's informal written objections shall be delivered
To the Probation Officer and opposing counsel by:                    May 7, 2026

IT IS SO STIPULATED.

DATED: February 19, 2026                    /s/ Timothy E. Warriner, Attorney for defendant,
                                            David Byrd


DATED: February 19, 2026                    /s/ Cameron Desmond, Assistant United States
                                            Attorney, for the government


**ORDER**

The court hereby continues the judgment and sentencing hearing to June 4, 2026, at 9:30 a.m.. The above schedule concerning the presentence investigation report is adopted by the court.

DATED: February 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE