Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DAVID BYRD,<br><br>                    Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record hereby stipulate as follows:

By previous order, this matter was set for sentencing on June 4, 2026. The draft PSR was filed on February 12, 2026. To afford defense counsel additional time to evaluate the draft PSR and review it with the client, in light of his commitments in other matters including a death penalty case, it is requested that the sentencing hearing be continued to August 6, 2026, at 9:30 a.m.

It is further requested that the court adopt the following schedule concerning the presentence report:

Judgment and Sentencing Date:                                    August 6, 2026

Reply, or Statement of Non-Opposition:                      July 30, 2026

Formal Objections to the Presentence Report shall be
Filed by:                                                                      July 23, 2026

Final PSR due by:                                                                          July 16, 2026

Counsel's informal written objections shall be delivered
To the Probation Officer and opposing counsel by:                          July 9, 2026

   IT IS SO STIPULATED.

DATED: May 7, 2026                          /s/ Timothy E. Warriner, Attorney for defendant,
                                                           David Byrd


DATED: May 7, 2026                          /s/ Cameron Desmond, Assistant United States
                                                           Attorney, for the government


ORDER

The court hereby continues the judgment and sentencing hearing to August 6, 2026, at

9:30 a.m.. The above schedule concerning the presentence investigation report is adopted by the

court.

DATED: May 8, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE