Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAVID BYRD,<br>Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS OF JUDGMENT AND SENTENCING DATE |

By previous order, this matter was set for sentencing to occur on August 6, 2026. The final PSR has now been filed with the court. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record hereby stipulate that the date for Mr. Byrd's judgment and sentencing shall be continued to October 29, 2026, at 9:30 a.m.

IT IS SO STIPULATED.

DATED: August 21, 2026 /s/ Timothy E. Warriner, Attorney for defendant, David Byrd

DATED: August 21, 2026 /s/ Cameron Desmond, Assistant United States Attorney, for the government

**ORDER**

The Court hereby continues the judgment and sentencing hearing to October 29, 2026, at 9:30 a.m.

DATE: August 25, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE