Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
David Byrd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAVID BYRD,<br>Defendant. | Case No. 2:24-CR-00012-TLN<br><br>STIPULATION AND ORDER EXTENDING DATE FOR VOLUNTARY SURRENDER |

At the October 29, 2026, sentencing hearing, the court ordered that Mr. Byrd shall self-surrender by 12:00 p.m. on January 30, 2027. The parties jointly request that the date set for voluntary surrender be extended to March 29, 2027. The basis for this request is that Deputy USM Scott Feigelson has advised defense counsel that the Bureau of Prisons designations, where inmates have serious medical conditions such as Mr. Byrd's end-stage renal failure requiring dialysis, are now taking five to six months from the date of judgment and sentencing. Good cause exists for the extension as it will provide the time needed for the Bureau of Prisons to complete the designation process and thereby allow for Mr. Byrd's self-surrender.

IT IS SO STIPULATED.

DATED: November 4, 2026 /s/ Timothy E. Warriner, Attorney for defendant, David Byrd

DATED: November 4, 2026

/s/ Cameron Desmond, Assistant United States Attorney, for the government

ORDER

GOOD CAUSE APPEARING, defendant DAVE BYRD, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Burau of Prisons, or if no such institution is designated, to the United States Marshal in Sacramento, California, before 12:00 p.m. on March 29, 2027. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order. The Court reserves jurisdiction over this matter for the purpose of addressing any future request for an extension of the voluntary surrender date based upon good cause.

DATED: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE